WOOD, SMITH, HENNING & BERMAN LLP
Attorneys at Law
3801 UNIVERSITY AVENUE, SUITE 710
RIVERSIDE, CALIFORNIA 92501-3255
TELEPHONE 951 779 5000 ♦ FAX 951 787 6717

O

NOTE: CHANGES MADE BY THE COURT

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH ROBERT DEVILLE JR. and ROBERT L. BENNION, as individuals,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>DYNAMAX CORPORATION, a corporation; RICHARDSON RV CENTERS a business entity form unknown; ALLISON TRANSMISSION, INC., a corporation and DOES 1 through 50, inclusive,<br><br>　　　　Defendants. | CASE NO. ED CV 08-000791 SGL(FFMx)<br><br>Complaint Filed:  May 12, 2008<br><br>[Assigned for All Purposes to Judge Stephen Larson, Courtroom 1]<br><br>**ORDER RE: LEAVE TO FILE THIRD PARTY COMPLAINT** |
| DYNAMAX CORPORATION, an Indiana corporation,<br><br>　　　　Third Party Plaintiff,<br><br>　　v.<br><br>DAIMLER TRUCKS NORTH AMERICA, LLC, a Delaware corporation; and ROES 1-10, inclusive,<br><br>　　　　Third Party Defendants. | |

/ / /

/ / /

LEGAL:5985-001/1151753.1

-1-

[PROPOSED] ORDER RE: LEAVE TO FILE THIRD PARTY COMPLAINT

1  TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

2     In light of the stipulation by and between Plaintiffs JOSEPH ROBERT DEVILLE
3  JR. and ROBERT L. BENNION, Defendant/Third-Party Plaintiff DYNAMAX
4  CORPORATION, Defendant RICHARDSON RV CENTERS, and Defendant ALLISON
5  TRANSMISSION, INC., through their counsel of record,

6     **IT IS HEREBY ORDERED** that:

7     1.    The Third Party Complaint of Defendant/Third Party Plaintiff DYNAMAX
8  CORPORATION  <u>SHALL be electronically filed as a separate entry to the docket</u>
9  <u>following entry of this order</u>.

10

11                    NOTE: CHANGES MADE BY THE COURT

12  DATED: November 7, 2008

13                    _____
14                    JUDGE OF THE DISTRICT COURT

LEGAL:5985-001/1151753.1           -2-
[PROPOSED] ORDER RE: LEAVE TO FILE THIRD PARTY COMPLAINT

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF RIVERSIDE**

I am employed in the County of Riverside, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 3801 University Avenue, Suite 710, Riverside, California 92501-3255.

On October __, 2008, I served the following document(s) described as **[PROPOSED] ORDER RE: LEAVE TO FILE THIRD PARTY COMPLAINT** on the interested parties in this action by placing true copies thereof enclosed in sealed envelopes addressed as follows:

## SEE ATTACHED LIST

**BY MAIL:** I am "readily familiar" with Wood, Smith, Henning & Berman's practice for collecting and processing correspondence for mailing with the United States Postal Service. Under that practice, it would be deposited with the United States Postal Service that same day in the ordinary course of business. Such envelope(s) were placed for collection and mailing with postage thereon fully prepaid at Riverside, California, on that same day following ordinary business practices.

**BY EFILE SERVICE:** The above document was served on the interested party named above by electronic means via Efile.

I declare under penalty of perjury that I am employed by a member of the Bar of this Court, at whose direction this service is made.

Executed on October __, 2008, at Riverside, California.

DIANNE MARCIANO

LEGAL:5985-001/1151753.1

-1-

[PROPOSED] ORDER RE: LEAVE TO FILE THIRD PARTY COMPLAINT

**SERVICE LIST**
*Deville, et al. v. Dynamax Corporation, et al.*
**Case No. 5985-001**

| | |
|---|---|
| Norman F. Taylor, Esq.<br>Stephanie R. Tatar, Esq.<br>C. Graydon Schlichter, III, Esq.<br>Tarek H. Zohdy, Esq.<br>Norman Taylor & Associates<br>425 West Broadway<br>Suite 220<br>Glendale, CA 91204<br>Tel: (818) 244-3905/Fax: (818) 244-6052<br>**Attorneys for Plaintiffs JOSEPH ROBERT DEVILLE JR. and ROBERT L. BENNION** | Barry R. Swanson, Esq.<br>Reynolds, Jensen & Swan LLP<br>3233 Arlington Avenue<br>Suite 203<br>Riverside, CA 92506<br>Tel: (951) 787-9400/Fax: (951) 682-7312<br>**Attorneys for Defendant RICHARDSON'S RV CENTERS, INC.** |

David N. Ruben
Ruben & Sjolander
1875 Century Park East
Suite 1050
Los Angeles, CA 90067
Tel: (310) 788-2828/Fax: (310) 788-9028
**Attorneys for Defendant ALLISON TRANSMISSION, INC.**

LEGAL:5985-001/1151753.1

-2-

[PROPOSED] ORDER RE: LEAVE TO FILE THIRD PARTY COMPLAINT