A. Clifton Hodges, Esq. (CSBN 046803)
**HODGES AND ASSOCIATES**
4 East Holly Street, Suite 202
Pasadena, CA 91103-3900
Tel:  (626) 564-9797
Fax: (626) 564-9111
E-Mail:  Al@hodgesandassociates.com

Attorneys for Plaintiffs
**JOSEPH ROBERT DEVILLE JR., and ROBERT L. BENNION**

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH ROBERT DEVILLE JR., and ROBERT L. BENNION, as individuals, <br><br> Plaintiffs, <br><br> vs. <br><br> DYNAMAX CORPORATION, a corporation; RICHARDSON RV CENTERS, a business entity form unknown; ALLISON TRANSMISSION, INC., a corporation and DOES 1 through 50, inclusive. <br><br> Defendants <br><br> DYNAMAX CORPORATION, an Indiana corporation, <br><br> Third Party Plaintiff, <br><br> vs. <br><br> DAIMLER TRUCKS NORTH AMERICA, LLC, a Delaware corporation; and ROES 1-10, inclusive. <br><br> Third Party Defendants. | **Case No.:  EDCV 08-00791 RJB (FFMx)** <br> Complaint Filed:  May 12, 2008 <br> Assigned to Hon.: Judge Robert J. Bryan <br><br><br> **ORDER TO DISMISS ACTION** |

/ /

/ /

/ /

This court, having read and accepted the parties' Stipulation to Dismiss Action, ORDERS AS FOLLOWS:

The court dismisses the entire action, with prejudice, with all parties to bear their own costs and attorney's fees.

Dated this 20th day of May, 2010.

ROBERT J. BRYAN
United States District Judge